**DISMISS and Opinion Filed January 13, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00006-CV

**JIMMY TL CHO, Appellant**

**V.**

**MATTHEWS RETAIL GROUP, INC. D/B/A MATTHEWS REAL ESTATE INVESTMENT SERVICES, ANDREW GROSS, AMERICAN ARBITRATION ASSOCIATION, INC., LEE CORDOVA, AND TEXAS TOZEE, LLC, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12550**

## MEMORANDUM OPINION

Before Justices Carlyle, Garcia, and Miskel
Opinion by Justice Garcia

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that he no longer desires to pursue the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230006F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMMY TL CHO, Appellant

No. 05-23-00006-CV    V.

MATTHEWS RETAIL GROUP,
INC. D/B/A MATTHEWS REAL
ESTATE INVESTMENT
SERVICES, ANDREW GROSS,
AMERICAN ARBITRATION
ASSOCIATION, INC., LEE
CORDOVA, AND TEXAS TOZEE,
LLC, Appellees

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-12550.
Opinion delivered by Justice Garcia.
Justices Carlyle and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MATTHEWS RETAIL GROUP, INC. D/B/A MATTHEWS REAL ESTATE INVESTMENT SERVICES, ANDREW GROSS, AMERICAN ARBITRATION ASSOCIATION, INC., LEE CORDOVA, AND TEXAS TOZEE, LLC recover their costs of this appeal from appellant JIMMY TL CHO.

Judgment entered this 13th day of January 2023.